**IT IS SO ORDERED.**

s/*Pamela A. Barker*
**PAMELA A. BARKER,**
**U.S. DISTRICT JUDGE**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### AKRON DIVISION

| | |
|---|---|
| Abandoned Homes Project Scattered Site I LLC, ) <br> Abandoned Homes Project Scattered Site II LLC, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> National Association of Realtors ) <br> ) <br> Defendant. ) | Case No. 1:24-cv-02130-PAB <br> Judge: Pamela A. Barker <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Abandoned Homes Project Scattered Site I LLC and Abandoned Homes Project Scattered Site II LLC hereby give notice that all claims in the above-captioned matter against Defendant National Association of REALTORS® are voluntarily dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

Respectfully submitted,

/s/ Wendy S. Rosett
Wendy S. Rosett, ID# 0055870
Attorney and Counselor-at-Law
16781 Chagrin Boulevard, #304
Shaker Heights, Ohio 44120
216.533.4139 (cellular phone)
216.491.2125 (voicemail/fax)
owlesq@aol.com
*Attorney for Plaintiffs*